Case 4:24-cv-00076-MW-MAF    Document 1    Filed 02/14/24    Page 1 of 4

IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY, FLORIDA

FRANKIE JONES,

        Plaintiff,

vs.

LADY LUCK LOGISTICS LLC,

        Defendant.

_____/

CASE NO.: 2023 CA 001962

## AMENDED COMPLAINT

Plaintiff, FRANKIE JONES (hereinafter, "Plaintiff"), by and through the undersigned counsel, The Law Offices of Levy & Levy, P.A., sues the Defendant, LADY LUCK LOGISTICS LLC, a Florida limited liability corporation (hereinafter, "Defendant"), and in support thereof, alleges as follows:

## INTRODUCTION

1. This is an action by Plaintiff to seek recover all damages including attorneys' fees and costs against Defendant for retaliatory discharge in violation of state law, specifically Florida's Whistleblower Act, Florida Statutes §448.102, et seq. (hereinafter, "Act").

## JURISDICTION AND VENUE

2. The amount in controversy in this matter exceeds the jurisdictional minimum of this Court.

3. All such acts alleged herein were committed within this judicial circuit and therefore venue is appropriate.

4. Plaintiff has satisfied all conditions precedent to the maintenance of this action.

**PARTIES**

5.    At all times material hereto, Plaintiff is over the age of eighteen (18) years, a citizen of the United States, sui juris and a former employee of Defendant.

6.    At all times material hereto, Defendant was conducting business in this judicial district, was the former employer of the Plaintiff, and is otherwise an employer under the Act.

**ALLEGATIONS**

7.    The Plaintiff began working as a courier for Defendant in September 2020.

8.    During Plaintiff's employment, he, along with his fellow couriers, had been forced to work with faulty equipment for an extended period of time, including unsafe vehicles (violation of Fla. Stat. 316.610), no air conditioning within the warehouse and insulation falling out (violation of Section 5(a)(1) of OHSA), and other issues.

9.    Unable to work in these conditions, Plaintiff reported these violations of law to his Supervisor, Lynn Black.

10.    Nothing was done in response.

11.    Plaintiff escalated these concerns to HR.

12.    In retaliation, Plaintiff's hours were cut by approximately 25%.

13.    This continued until late April 2023, when Plaintiff was advised to not work any further for allegedly remaining on the clock without working.

14.    Plaintiff explained he was assisting another employee with their route, prompting Lynn to assault him.

15.    Plaintiff was then informed by HR that he was being terminated on May 2, 2023.

## COUNT I
## FLORIDA WHISTLE-BLOWER ACT/FLORIDA STATUTES §448.102, et seq.

The Plaintiff incorporates by reference paragraphs 1 through 15 herein, and states as follows:

16.    The Plaintiff engaged in protected activity under the Act by objecting to, or refusing to participate in, an activity, policy, or practice of the Defendant which is in violation of a law, rule, or regulation.

17.    The Defendant wrongfully retaliated against the Plaintiff by terminating his position, in violation of the Act, because of Plaintiff's protected activity under the Act.

18.    As a direct and proximate result of the Defendant's unlawful conduct, Plaintiff has and will continue to suffer damages.

WHEREFORE, the Plaintiff requests that the Court order the following:

a.    Declaring that the acts and practices complained of herein by the Defendant are in violation of the Act;

b.    Awarding back pay, prejudgment interest, post judgment interest and damages for all employment compensation and benefits the Plaintiff would have received but for the unlawful acts of the Defendant;

c.    Awarding the Plaintiff compensatory and consequential damages;

d.    Awarding reasonable attorney's fees, expert fees, and costs incurred in this action pursuant to Florida Statutes §448.104 of the Act; and

e.    Ordering any other and further relief pursuant to the Act or any other authority that this Court deems to be just and proper in this matter.

## <u>DEMAND FOR JURY TRIAL</u>

The Plaintiff demands a trial by jury as to all counts.

Respectfully submitted on January 22, 2024.

Law Offices of Levy & Levy, P.A.
2844 North University Drive
Coral Springs, Florida 33065
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*

*s/Chad Levy*
CHAD E. LEVY, ESQ.
F.B.N.: 0851701
chad@levylevylaw.com
HARRIS NIZEL, ESQ.
F.B.N.: 0807931
harris@levylevylaw.com